## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GEANE HERRERA,**

      **Plaintiff,**                       **CASE NO.:**

**v.**

**FS INVESTMENTS OF AMERICA, INC.**
**d/b/a POWERHOUSE AUTOMOTIVE,**
**and FRANKLYN STRUBERG,**
**Individually,**

      **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, GEANE HERRERA, hereby sues Defendants, FS INVESTMENTS OF AMERICA, INC. d/b/a POWERHOUSE AUTOMOTIVE, and FRANKLYN STRUBERG, Individually, (hereinafter after as "Defendants") and states as follows:

### JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 13679(a).

2.    Venue lies within the United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

### PARTIES

3.    Plaintiff, GEANE HERRERA, is an adult and a resident of Hillsborough County, Florida.

4.     Defendant, FS INVESTMENTS OF AMERICA, INC. d/b/a POWERHOUSE AUTOMOTIVE, is a Florida corporation authorized and doing business in this Judicial District.

5.     Defendant, FRANKLYN STRUBERG, was an officer, director, manager, owner, and/or operator of Defendant, FS INVESTMENTS OF AMERICA, INC. d/b/a POWERHOUSE AUTOMOTIVE, and was directly involved in the day-to-day operations of FS INVESTMENTS OF AMERICA, INC. d/b/a POWERHOUSE AUTOMOTIVE, had direct responsibility for the supervision of Plaintiff, as well as control over the compensation paid to Plaintiff, and individually took the adverse employment action against Plaintiff's complaint of herein, and therefore, is individually liable for the violations of law complained of herein pursuant to the FLSA.

6.     Plaintiff was an employee of Defendant pursuant to 29 U.S.C. § 203(e)(2) and Section 448.08, Florida Statutes, Defendant was Plaintiff's employer within the meaning of 29 U.S.C. § 203(d) and Section 448.08, Florida Statutes, and Defendant employed Plaintiff within the meaning of 29 U.S.C. § 203(g) and Section 448.08, Florida Statutes.

7.     Defendants are employers within the meaning of 29 U.S.C. of § 203(d), and subject to the Fair Labor Standards Act.

## FACTUAL ALLEGATIONS

8.     Plaintiff was employed by Defendants from approximately June 2019 to September 25, 2020.  At all times material to this case, Plaintiff worked for Defendants as a full time Salesman.

9.     Defendants failed to pay applicable minimum wage for all hours worked and commissions.

10.     Plaintiff has repeatedly requested his unpaid wages from Defendants and to date he has not been compensated.

11.     Plaintiff has retained the services of Florin Gray Bouzas Owens, LLC and is obligated to pay his legal counsel a reasonable fee for their services.

## COUNT I
## FAIR LABOR STANDARD ACT MINIMUM WAGE

12.     Plaintiff GEANE HERRERA, re-alleges paragraphs one (1) through eleven (11) as though set forth fully herein.

13.     Plaintiff is entitled to minimum wage for all hours worked pursuant to the FLSA.

14.     By reason of the intentional, willful, and unlawful acts of the Defendants in violation of the FLSA, Plaintiff has suffered damages.

WHEREFORE, Plaintiff, GEANE HERRERA, demands a trial by jury and judgment against Defendants, FS INVESTMENTS OF AMERICA, INC. d/b/a POWERHOUSE AUTOMOTIVE, and FRANKLYN STRUBERG, Individually, for back pay, interest, attorneys' fees, and costs and for such other relief to which Plaintiff may be justly entitled.

## COUNT II
## FLSA – RETALIATION

15.     Plaintiff, GEANE HERRERA, re-alleges paragraphs one (1) through eleven (11) as though set forth fully herein.

16.     Plaintiff suffered an adverse employment action for opposing an employment practice made unlawful by the FLSA, specifically, he was terminated for requesting payment of his wages.

17.     The above described acts of retaliation constitute a violation of the FLSA.

18.     As a result of Defendants' unlawful retaliation, Plaintiff has suffered and will continue to suffer damages, including, but not limited to, the following:

a.     Back pay and benefits;

b.     Interest on back pay and benefits;

c.     Front pay and benefits;

d.     Interest on front pay and benefits;

e.     Compensatory damages, including those for emotional pain and suffering;

f.     Punitive damages;

g.     Injunctive relief;

h.     Attorney's fees and costs; and

i.     All such other relief/damages to which Plaintiff is entitled.

**WHEREFORE**, Plaintiff, GEANE HERRERA, demands a trial by jury and judgment against Defendants, FS INVESTMENTS OF AMERICA, INC. d/b/a POWERHOUSE AUTOMOTIVE, and FRANKLYN STRUBERG, Individually, for back pay, interest, attorneys' fees, and costs and for such other relief to which Plaintiff may be justly entitled.

## <u>COUNT III</u>
## <u>(UNPAID WAGES, SECTION 448.08, FLORIDA STATUTES</u>

19.     Plaintiff, GEANE HERRERA, re-alleges paragraphs one (1) through eleven (11) as though set forth fully herein.

20.     Plaintiff earned wages over the course of his employment, which remain unpaid by Defendants.   Specifically, Defendants failed to compensate Plaintiff for earned hours worked during his employment with Defendants.

21.     Defendants, despite Plaintiff's reasonable attempts to obtain payment of these

earned monies, has failed and refused to make payments as required by Chapter 448.08, Florida Statutes.

22.     Plaintiff has retained undersigned counsel and is obligated to pay them a reasonable fee for their services.

**WHEREFORE**, Plaintiff, GEANE HERRERA, demands a trial by jury and judgment against Defendants, FS INVESTMENTS OF AMERICA, INC. d/b/a POWERHOUSE AUTOMOTIVE, and FRANKLYN STRUBERG, Individually, for back pay, interest, attorneys' fees, and costs and for such other relief to which Plaintiff may be justly entitled.

## COUNT IV
## BREACH OF CONTRACT

23.     Plaintiff, GEANE HERRERA, re-alleges paragraphs one (1) through eleven (11) as though set forth fully herein.

24.     Plaintiff performed all of his conditions and obligations of his employment contract with Defendants, i.e., agreement to work for wages.

25.     Despite Plaintiff's reasonable attempts to obtain payment of these earned monies, Defendants have failed and refused to make payment.

26.     As a direct and proximate legal result of Defendants' breach of contract, Plaintiff has suffered and continues to suffer damages, including, but not limited to, the following:

       a.     Unpaid earnings and/or wages/commissions and/or remuneration;

       b.     Damages arising from the breach;

       c.     Prejudgment and post-judgment interest;

       d.     Attorneys' fees and costs pursuant to Fla. Stat. § 448.08; and

       e.     Such other relief as the Court may deem just and proper.

**WHEREFORE**, Plaintiff, GEANE HERRERA, demands a trial by jury and judgment against Defendants, FS INVESTMENTS OF AMERICA, INC. d/b/a POWERHOUSE AUTOMOTIVE, and FRANKLYN STRUBERG, Individually, for back pay, interest, attorneys' fees, and costs and for such other relief to which Plaintiff may be justly entitled.

## DEMAND FOR JURY TRIAL

27.     Plaintiff, GEANE HERRERA, requests a jury trial on all issues so triable.

**DATED** this 22nd day of October 2020.

**FLORIN, GRAY, BOUZAS, OWENS, LLC**

*s/ Miguel Bouzas*
**MIGUEL BOUZAS, ESQUIRE**
Florida Bar No.: 48943
miguel@fgbolaw.com
debbie@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942

Trial Attorney for Plaintiff